■ In the Matter of the Arbitration between NEW YORK TYPOGRAPHICAL UNION NO. 6, Respondent, and PRINTERS LEAGUE SECTION, Respondent. HABER TYPOGRAPHERS, INC., Appellant. — Order, Supreme Court, New York County (Nadel, J.), entered on May 6, 1981, unanimously affirmed for the reasons stated by Nadel, J., without costs and without disbursements. Concur — Murphy, P. J., Markewich, Lupiano, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAELA LOZANO, Appellant. — Judgment of resentence, Supreme Court, New York County (Dontzin, J.), rendered on March 25, 1982, unanimously affirmed. The appeal from the judgment of said court rendered on May 5, 1978 is dismissed as said judgment was vacated by the judgment of resentence. No opinion. Concur — Murphy, P. J., Sandler, Ross and Carro, JJ.